IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02692-BNB

MARTIN MENZOR,
Plaintiff,

v.

SHERIFF KRUGER,
CAPTAIN SMITH,
DEPUTY BURCH, and
NURSE SUE,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 8 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Martin Menzor was confined at the Clear Creek County Jail in Georgetown, Colorado, when he initiated this action by filing *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order filed on December 27, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Menzor to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Menzor to submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint in support of the motion seeking leave to proceed *in forma pauperis*. Mr. Menzor was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On January 22, 2008, the copy of Magistrate Judge Boland's December 27 order that was mailed to Mr. Menzor at the Clear Creek County Jail address he provided was

returned to the Court undelivered. The returned envelope is marked "RTS" and stamped "RETURNED TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD." The envelope also is stamped "RETURN TO STATION FOR PROPER TREATMENT." Mr. Menzor has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within ten days of any change of address or telephone number. Mr. Menzor has failed to comply with the Court's local rules and, as a result, he has failed to cure the deficiency in this action. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 7 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02692-BNB

Martin Menzor
Reg. No. 070360
PO Box 518
Georgetown, CO 80444

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/8/8

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                            Deputy Clerk